IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00246-ZLW-KMT

HOLLIS MEYER,

    Plaintiff,

v.

STEAMBOAT SKI AND RESORT CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

It is ORDERED that the Unopposed Motion For Dismissal Of Matter With Prejudice (Doc. No. 12; Nov. 3, 2010) is granted and this matter is dismissed with prejudice, the parties to pay their own attorneys' fees and costs.

DATED at Denver, Colorado, this __3rd__ day of November, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court